FILED
2018 Oct-16  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| LETISIA POOLE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 6:17-cv-01346-LSC |
| ENTERPRISE RECOVERY SYSTEMS, INC., | ) | |
| Defendant. | ) | |

## Order

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal (Doc. 19) filed on October 15, 2018. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on October 16, 2018.

L. Scott Coogler
United States District Judge

194800